AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

Shelly Jo Lamb-Connolly )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 2:24-cv-2030
Kanas Department of Corrections )
)
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kansas Department of Corrections
500 Reformatory
Hutchinson, KS 67501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mary Madeline Johnson
Missouri Kansas Queer Law
220 Main Street, Suite 201 Platte City, MO 64079

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/16/2024

s/ N. Coop, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-cv-2030

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
 _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
 _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Jim Evans, Records Manager**, who is designated by law to accept service of process on behalf of *(name of organization)* **Kansas Department of Corrections** on *(date)* **5-14-2024** ; or @ 9:42am

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **5-14-24**

_____
Server's signature

**Kevin LaBranche / Private Process Server**
Printed name and title

**823 Walnut Street #805**
**Kansas City, Missouri 64106**
Server's address

Additional information regarding attempted service, etc:

## RETURN OF SERVICE OF SUMMONS ON AN INDIVIDUAL

I certify that I served a copy of this summons and a copy of the petition and

_____
*(Insert name of any other documents served)*

on **Kansas Department of Corrections** in the following manner:
*(Name of defendant)*

**X** (1) **Personal Service** - on the 14th day of May, 2024, @ 9:42am by delivering or offering to deliver the documents to the above-named person;

*Served upon and accepted on behalf of defendant by Jim Evans, records Manager*

_____ (2) **Residence Service** - on the ____ day of _____, 2___, by leaving the documents at the dwelling or usual place of abode of the above-named person, with some person of suitable age and discretion who resides there;

_____ (3) **Residence Service** - on the ____ day of _____, 2___, by leaving a copy of the documents at the dwelling or usual place of abode of the above-named person and mailing to that person by first-class mail a notice that the copy has been left at the individual's dwelling or place of abode;

_____ (4) **Return Receipt Delivery** - by causing to be delivered on the ____ day of _____, 2___, the documents by return receipt delivery to the above-named person at the following address: _____ _____ with delivery being made by the following person or entity: _____. A copy of the return receipt evidencing delivery is attached to this Return of Service.

_____ (5) **Return Receipt Delivery Refused** - by mailing on the _____ day of _____, 2___, the documents by first-class, postage prepaid, to the above-named person at the following address: _____

_____ (6) **Other Method of Service** - _____.
*(Describe other method of service allowed by law)*

_____ (7) **No Service**. The above-named person was not served for the following reason(s): _____.

Rev. 12/2022   KSJC                                    3

# CERTIFICATION OF
# RETURN ON SERVICE OF SUMMONS

## Service by
## Law Enforcement Officer

I declare under penalty of perjury, as provided in K.S.A. 21-3805, that the foregoing Return on Service of Summons is true and correct.

Executed on _____, 2____.

_____
(Signature of Officer)

_____
(Title of Officer)

---

## Service Outside State
## Affidavit of Service

STATE OF _____ )
                       ) ss.
COUNTY OF _____ )

I, _____, am authorized to serve process in civil actions in the state of
    (name)

_____.
(state)

I declare under penalty of perjury under the laws of the state of Kansas that the foregoing Return on Service of Summons is true and correct.

Executed on _____, 2____.

_____
(Signature of Person Authorized to Administer Oaths)

Subscribed and sworn to before me this _____ day of _____, 2____.

_____
(Signature of Person Authorized to Administer Oaths)

## Service by a Person other than a Law Enforcement Officer in Kansas

### Affidavit of Service

STATE OF KANSAS )
) ss.
COUNTY OF Shawnee )

I, Kevin LaBarche, swear or affirm that the foregoing Return on Service
(name)
of Summons is true and correct.

Executed on  S-14 , 2024 @ 9:42am

_____
(Signature of Person Service Process)

Subscribed and sworn to before me this 14TH day of  MAY , 2024

ROBERT E. VICK II
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES AUGUST 29, 2026
JACKSON COUNTY
COMMISSION #12658219

_____
(Signature of Person Authorized to Administer Oaths)

Rev. 12/2022   KSJC                   5