IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| SHELLY LAMB )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>KANSAS DEPARTMENT OF CORRECTIONS )<br>)<br>Defendant. ) | Case No. 2:24-cv-2030 |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

COMES NOW Plaintiff Shelly Lamb-Connolly, pursuant to Fed. R. Civ. P. 55(b)(2), and moves the Court for entry of default judgment against Defendant Kansas Department of Corrections. Plaintiff requests a hearing on damages. In support of her Motion, Plaintiff states as follows:

1. Plaintiff filed her Complaint [Doc. #1] in this matter on January 23, 2024, seeking relief for sex discrimination and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e(f) et seq. ("Title VII").

2. On May 14, 2024, Plaintiff effectuated service of the Complaint and Summons upon Defendant via private process server. [Doc. #7].

3. Pursuant to Fed. R. Civ. P. 12(a)(1), Defendant's Answer was due 21 days after service, on June 4, 2024.

4. As of this filing, on July 23, 2024, Defendant has failed to Answer or otherwise respond to the Complaint, thereby admitting to the factual allegations in the Complaint.

WHEREFORE, Pursuant to Fed. R. Civ. P. 55(b)(2), Plaintiff requests the Court enter a Default Judgment against Defendant Kansas Department of Corrections on all her claims, set the

1

matter for a hearing on damages, and for such other and further relief as the Court deems just and proper.

Respectfully Submitted,

MISSOURI KANSAS QUEER LAW

/s/ *Madeline Johnson*
Mary Madeline Johnson, D. Kan. # 77985
220 Main Street, Suite 201
Platte City, Missouri 64079
Telephone: (816) 607-1836
Email: madeline@mokanqueerlaw.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 23, 2024, a copy of the foregoing was served via the Court's electronic filing system on all counsel of record.

/s/ Mary Madeline Johnson
Mary Madeline Johnson