AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-2030

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    KANSAS DEPARTMENT OF CORRECTIONS

was received by me on *(date)*    12/30/2024    .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Sydney Walsh    , who is

designated by law to accept service of process on behalf of *(name of organization)*

KANSAS DEPARTMENT OF CORRECTIONS    on *(date)*    12/30/20244    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: ____1,7,25____

_____
*Server's signature*

BRIAN DOLES - PRIVATE PROCESS SERVER
*Printed name and title*

9290 Bond Street, Suite 100, Overland Park, KS 6621
*Server's address*

Additional information regarding attempted service, etc:

130 LBS, 5'7", FEMALE, WHITE, 35 YO, BLACK HAIR, NO GLASSES