**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| SHELLY LAMB,<br><br>        Plaintiff,<br><br>v.<br><br>KANSAS DEPARTMENT OF CORRECTIONS,<br><br>        Defendant. | Case No. 24-2030-JAR-TJJ |

**ENTRY OF APPEARANCE**

COMES NOW, Bradley J. Schlozman of Hinkle Law Firm LLC, and enters his appearance on behalf of Defendant Kansas Department of Corrections in the above-captioned matter.

Respectfully submitted,

HINKLE LAW FIRM LLC

By: /s/ Bradley J. Schlozman
    Bradley J. Schlozman (KS Bar #17621)
    1617 North Waterfront Parkway, Suite 400
    Wichita, Kansas 67206
    Telephone: (316) 267-2000
    Facsimile: (316) 660-6596
    E-mail: bschlozman@hinklaw.com

*Attorney for Defendant*

2

**CERTIFICATE OF SERVICE**

      I do hereby certify that on the 17th day of January, 2025, the above and foregoing was filed with the Clerk of the Court by using the CM/ECF system which will send email notification of electronic filing to counsel for all parties of record.

                                              */s/* Bradley J. Schlozman
                                              Bradley J. Schlozman