IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| SHELLY LAMB,<br><br>           Plaintiff,<br><br>v.<br><br>KANSAS DEPARTMENT OF CORRECTIONS,<br><br>           Defendant. | Case No. 24-2030-JAR-TJJ |

## CERTIFICATE OF SERVICE

COMES NOW Plaintiff, through undersigned counsel, and hereby certifies that she propounded Plaintiff's First Interrogatories and First Requests for Production of Documents upon Defendant by delivering a copy of the same in both Word and pdf formats via electronic mail to:

Eric W. Barth (KS Bar #21193)
Bradley J. Schlozman (KS Bar #17621)
1617 North Waterfront Parkway, Suite 400
Wichita, Kansas 67206
Telephone:  (316) 267-2000
Facsimile:  (316) 630-8466
E-mail:  ebarth@hinklaw.com
         bschlozman@hinklaw.com

           ATTORNEYS FOR DEFENDANT.


Date:   June 8, 2025                    Respectfully Submitted,

                                        MISSOURI KANSAS QUEER LAW

                                        /s/ *Mary Madeline Johnson*
                                        Mary Madeline Johnson, DKAN #277985
                                        103 W. 26th Ave. Suite 170
                                        North Kansas City, MO 64116
                                        Tel: (816) 607-1836
                                        madeline@mokanqueerlaw.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of June 2025, the foregoing was served via electronic mail and through the Court's electronic filing system to:

Eric W. Barth (KS Bar #21193)
Bradley J. Schlozman (KS Bar #17621)
1617 North Waterfront Parkway, Suite 400
Wichita, Kansas 67206
Telephone: (316) 267-2000
Facsimile: (316) 630-8466
E-mail: ebarth@hinklaw.com
       bschlozman@hinklaw.com

ATTORNEYS FOR DEFENDANT

*/s/ Mary Madeline Johnson*
ATTORNEY FOR PLAINTIFF